**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James W Barnes, | No. CV-18-00491-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| JT Shartle, et al., | |
| Defendants. | |

    Pending before the Court are Plaintiff's Second Amended Complaint (Doc. 75), Motion to Stay Pretrial Order (Doc. 78), Motion for Leave to Amend Jurisdiction (Doc. 79), and Second Motion for Leave to Amend Jurisdiction (Doc. 80).  For the following reasons, Plaintiff's Motions are DENIED WITHOUT PREJUDICE, and the Clerk of Court is instructed to STRIKE Plaintiff's Second Amended Complaint from the case docket.

**Second Amended Complaint**

    On June 9, 2020, Plaintiff filed his Second Amended Complaint (Doc. 75), which appears to be a refiling of his Proposed First Amended Complaint (Doc. 57).  Federal Rule of Civil Procedure 15 and Local Rule 15.1 require that a party must first file a motion for leave to amend a complaint and receive the Court's consent before filing it.  *See* Fed. R. Civ. P. 15(a)(2); LRCiv 15.1(a).  This case is past the point where Plaintiff may file an amended complaint as a matter of course.  *See* Fed. R. Civ. P. 15(a)(1) ("A party may

amend its pleading once as a matter of course within . . . 21 days after serving it, or . . . if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.")  Since Plaintiff's Second Amended Complaint is duplicative of his Proposed First Amended Complaint, and due to the fact that Plaintiff failed to receive permission from the Court to file an amended complaint, the Clerk of Court is directed to STRIKE Plaintiff's filing (Doc. 75) from the docket.  Plaintiff is admonished that he must first request permission from the Court to file any amended pleadings in the future.  Failure to do so will result in cursory denial of his amended complaint.

## Motion to Stay Pretrial Order

On June 12, 2020, Plaintiff filed his Motion to Stay Pretrial Order.  (Doc. 78)  Plaintiff requests that the Court stay the Pretrial Order deadline outlined in its discovery schedule (Doc. 54) because he will need Defendants' interrogatory responses to identify potential witnesses.  *Id.*  Plaintiff's request to stay the Pretrial Order deadline is denied without prejudice.  The Court stayed merits discovery until the issue of whether Plaintiff exhausted his administrative remedies before filing suit is resolved.  (Doc. 77, ¶ 14 at 6)  Plaintiff is free to file a similar request—if needed—after the Court rules on the exhaustion issue and before the discovery period has closed.

## Motions for Leave to Amend Jurisdiction

On June 12, 2020, Plaintiff also filed two motions for leave to amend jurisdiction.  (Docs. 79, 80)  Plaintiff requests leave to "clear up any and all issue dealine (sic) with jurisdiction in this case[.]"  (Doc. 79)  He also states, "This is a [c]ivil [r]ight [c]omplaint in which Plaintiff is seekine (sic) 75[,]000 in damage . . . . [I]t is these [r]ules which give this honorable court jurisdiction and venue in this case.  So Plaintiff ask that this motion be noted for jurisdiction."  (Doc. 80)  Although the Court is required to liberally construe all pro se pleadings, it cannot guess at the intent of a pro se litigant.  Without more information explaining his request(s), the Court denies these motions without prejudice.  If Plaintiff intends to assert federal jurisdiction over his claims, such jurisdiction has already

1  been asserted under 28 U.S.C. § 1331, as Plaintiff's claims arise under federal law.

2  Accordingly, IT IS ORDERED:

3  1. Plaintiff's [78] (Doc. 78) Motion to Stay Pretrial Order is DENIED.

4  2. Plaintiff's [79] (Doc. 79) Motion for Leave to Amend Jurisdiction is
5  DENIED.

6  3. Plaintiff's [80] (Doc. 80) Second Motion for Leave to Amend Jurisdiction
7  is DENIED.

8  4. The Clerk of Court is directed to STRIKE Plaintiff's [75] (Doc. 75) Second
9  Amended Complaint.

10

11  Dated this 16th day of June, 2020.

12

13

14  Honorable Cindy K. Jorgenson
United States District Judge